FILED
MAY 17 2024
CENTRAL DISTRICT OF CALIF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 22-0395-SVW |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Rufina Valdovinos-Anacleto, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on insufficient bail resources, apparent ongoing substance and wavering

1  abuse, failure to report changes in residence, failure to
2  report for drug testing, recent failure to participate in or
3  complete mental-health program, fled from police when found
   in August 2022 and had to be restrained, found with felon with
4  and/or whom she was not allowed to be and who was on escape status,

5  B.  (✓) The defendant has not met his/her burden of establishing by  surety
6      clear and convincing evidence that he/she is not likely to pose   wavering
                                                                         b/c
7      a danger to the safety of any other person or the community if    lockdown
                                                                         not
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based  available

9      on: apparent ongoing substance abuse, state charges
10     since release on SR

14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated: May 17, 2024                    /s/ Jean Rosenbluth
                                           JEAN ROSENBLUTH
18                                         U.S. MAGISTRATE JUDGE

2